# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Hansel E. Silveira Castellanos,<br><br>          Plaintiff,<br><br>v.<br><br>Sandra Villalovo, et al.,<br><br>          Defendant. | Case No. 2:22-cv-00303-GMN-DJA<br><br>**Order** |

Plaintiff filed initiating documents on February 18, 2022. (ECF No. 1). The Court granted Plaintiff's application to proceed *in forma pauperis*, but dismissed his complaint without prejudice. (ECF No. 4). The Court gave Plaintiff until May 19, 2022 to file an amended complaint. (*Id.*). It explained that the failure to file an amended complaint would result in a recommendation for dismissal of the case. (*Id.*).

Plaintiff missed his deadline. However, Plaintiff's mail has also been returned as undeliverable. Under Local Rule IA 3-1, a party must immediately file with the court written notification of any change of mailing address. LR IA 3-1. Because it is possible that Plaintiff missed his deadline because he has not updated his address with the Court, the Court will grant him a **one-time extension** to file his amended complaint and update his address with the Court.

**IT IS THEREFORE ORDERED** that Plaintiff must file an amended complaint **and** update his address with the Court on or before **July 11, 2022.** If Plaintiff fails to file an amended complaint and/or update his address by this date, the Court will recommend dismissal of this case.

DATED: June 9, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE